# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOUIS EDWARD BETHLEY, JR.

NO. 2024 KW 0147

**APRIL 4, 2024**

---

In Re:     Louis Edward Bethley, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-14-0658.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's "Motion to Annul, Vacate, and Set Aside an Illegal and Unconstitutionally Excessive Sentence," filed June 6, 2023, and "Motion to Correct Illegal Habitual Offender Sentence," filed June 13, 2023, on or before May 8, 2024. A copy of the trial court's action shall be filed in this court on or before May 15, 2024.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT